UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:01-cr-180-JCM-LRL |
| vs. | ) |
| CELISE ANQUENETTE DAVIS-WALKER, | ) |
| Defendant. | ) |

**ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#21) on March 21, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee: Wells Fargo Bank**
**Amount of Restitution Ordered: $48,375.35**

Dated this _____ day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE